No. 804. NEW YORK CENTRAL RAILROAD COMPANY, CLAIMANT, ETC. *v.* JOHN S. HOWELL ET AL.    April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Oscar R. Houston* for petitioner. No appearance for respondents.

———

No. 834. ELIZABETH DENNY GREGG *v.* FRANCIS P. GARVAN, ALIEN PROPERTY CUSTODIAN; and

No. 835. A. J. KELLY, JR., ET AL., TRUSTEES, ETC. *v.* FRANCIS P. GARVAN, ALIEN PROPERTY CUSTODIAN. April 19, 1920. Petition for writs of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Frederic W. Miller* for petitioners. *Mr. Assistant Attorney General Spellacy* for respondent.